David B. Schumacher, WSBA #26388  
Attorney at Law  
3519 NE 15th Ave., #142  
Portland, OR 97212  
Telephone: (971) 302-6490  
Facsimile: (971) 352-6912  
Email: david.schulaw@gmail.com  
Attorneys for Navient Solutions, LLC

Hon. Timothy W. Dore  
Chapter 7

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>JOHN PAUL MADDELA,<br><br>Debtor. | Bankr. Case No.: 19-14357-TWD<br><br>Chapter 7 |
| JOHN PAUL MADDELA,<br><br>Plaintiff,<br><br>v.<br><br>NAVIENT SOLUTION, LLC,<br>UNIVERSITY OF IOWA, and<br>ROSALIND FRANKLIN UNIVERSITY,<br><br>Defendants. | Adv. Proc. No.: 22-01021-TWD<br><br>**STIPULATION IN SETTLEMENT BETWEEN PLAINTIFF AND NAVIENT SOLUTIONS, LLC** |

Plaintiff, John Paul Maddela ("Plaintiff"), and Defendant, Navient Solutions, LLC ("NSL"), on behalf of itself and named Defendant Navient Solution, LLC, by and through their undersigned counsel, hereby stipulate as follows:

1. On November 28, 2019, the Plaintiff filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code. A discharge of eligible debts was entered on February 26, 2020.

STIPULATION IN SETTLEMENT BETWEEN
PLAINTIFF AND NAVIENT SOLUTIONS, LLC - 1

David B. Schumacher, Attorney at Law  
3519 NE 15th Ave., #142  
Portland, OR 97212  
P (971) 302-6490 F (971) 352-6912  
david.schulaw@gmail.com

2. On May 12, 2022, the Plaintiff filed a Complaint naming, *inter alia*, NSL as a Defendant, seeking a discharge of educational loan debt pursuant to 11 U.S.C. §523(a)(8).

3. On June 8, 2022, NSL filed its Answer to the Plaintiff's Complaint.

4. The Plaintiff is indebted to NSL pursuant to the applicable terms of four (4) educational loan Promissory Notes ("Promissory Notes"), executed by the Plaintiff to obtain educational loans ("Student Loans"), with approximate balances, as of the filing of this adversary proceeding, as follows:

a. one (1) educational loan initially disbursed on or about July 29, 2003, with a balance, including principal and interest, totaling $20,761.93;

b. one (1) educational loan initially disbursed on or about July 23, 2004, with a balance, including principal and interest, totaling $19,771.73;

c. one (1) educational loan initially disbursed on or about July 25, 2005, with a balance, including principal and interest, totaling $36,158.57; and

d. one (1) educational loan initially disbursed on or about July 28, 2006, with a balance, including principal and interest, totaling $4,926.36.

5. As of the filing of this adversary proceeding, there was a balance due and owing under the Promissory Notes, including principal and interest, in the aggregate amount of approximately $81,618.59 ("Outstanding Balance"), with variable interest rates, and with interest accruing thereafter pursuant to the Promissory Notes.

6. The Outstanding Balance is currently due and owing on the Promissory Notes and the Student Loans evidenced by the Promissory Notes are non-dischargeable educational loans, pursuant to 11 U.S.C. §523(a)(8).

STIPULATION IN SETTLEMENT BETWEEN
PLAINTIFF AND NAVIENT SOLUTIONS, LLC - 2

David B. Schumacher, Attorney at Law
3519 NE 15th Ave., #142
Portland, OR 97212
P (971) 302-6490 F (971) 352-6912
david.schulaw@gmail.com

7. For so long as the Plaintiff does not default under this Stipulation, the Outstanding Balance shall be reduced to $20,000.00 ("Reduced Balance"), and the variable interest rates shall be reduced to a fixed rate of 1% ("Reduced Interest"), and the Plaintiff shall repay the Reduced Balance at the Reduced Interest rate as follows: $175.21 per month for a period of one hundred and twenty (120) consecutive months. The first monthly payment is due to be received by NSL on or before **January 6, 2023**, with subsequent payments to be received on or before the **sixth (6th)** day of each month thereafter.

8. All payments pursuant to this Stipulation shall note the Plaintiff's ten digit account number, \*\*\*\*\*\*2762 (redacted here for privacy reasons) on the payment and shall be mailed to, "Navient Solutions, LLC, P.O. Box 9000, Wilkes-Barre, PA 18773-9000," or to any other address provided to the Plaintiff by NSL in writing.

9. The following shall be Events of Default hereunder: (a) the Plaintiff shall fail to make any payment due hereunder within thirty (30) days of the due date, without securing NSL's agreement to a forbearance of such payment(s); or (b) the Plaintiff commences any further legal proceedings against NSL, its predecessors, successors or assigns, seeking to discharge debt.

10. Upon the occurrence of an Event of Default under this Stipulation, pursuant to Paragraph 9 of this Stipulation, any forgiveness of the principal and interest is revoked, and the Plaintiff will be liable for the full amount of the Outstanding Balance, as referenced above, plus interest pursuant to the applicable terms of the Promissory Notes for the Plaintiff's Student Loans (less any payments made hereunder which, following default shall be applied first to interest that would have accrued had this Stipulation not been in effect, and then to principal).

STIPULATION IN SETTLEMENT BETWEEN
PLAINTIFF AND NAVIENT SOLUTIONS, LLC - 3

David B. Schumacher, Attorney at Law
3519 NE 15th Ave., #142
Portland, OR 97212
P (971) 302-6490 F (971) 352-6912
david.schulaw@gmail.com

11. There is no penalty for prepayment under this Stipulation but any prepayment, unless it is payment in full, does not relieve the Plaintiff of the obligation to make ongoing monthly payments.

12. In the event the Plaintiff, pursuant to applicable NSL policy and the terms of the Promissory Notes, qualifies for, or the parties agree to, any deferment or forbearance of payment obligations, after this Stipulation is approved, interest will continue to accrue during the time of any such deferment or forbearance, at the interest rate stated herein, so that the total amount to be repaid, and the monthly payments required, may increase from that stated herein.

13. Should any issues arise, related to billing or repayment of loans subject to this agreement, wherein the Plaintiff believes that billing or collection efforts related to loans subject to this agreement are not in accordance with this Stipulation, the Plaintiff agrees that such issues should be directed to a Supervisor or Manager in NSL's Bankruptcy Litigation Unit (as of this writing, Ms. Petra Shipman), who may be reached at 1-800-251-4127, or to any other telephone number provided by NSL in writing, or in response to a specific borrower inquiry. The parties understand that any such communications, if not directed as specified in this Paragraph, may not be addressed in a timely manner, or in a manner specifically in accordance with this Stipulation.

14. Except as provided in this Stipulation, all other terms of the Promissory Notes remain in effect and are hereby incorporated by reference.

15. Any amendment, modification, or waiver of any term or condition of this Stipulation must be made in writing and signed by all parties hereto.

STIPULATION IN SETTLEMENT BETWEEN
PLAINTIFF AND NAVIENT SOLUTIONS, LLC - 4

David B. Schumacher, Attorney at Law
3519 NE 15th Ave., #142
Portland, OR 97212
P (971) 302-6490 F (971) 352-6912
david.schulaw@gmail.com

16. This Stipulation may be executed in counterparts, or by facsimile, each of which shall constitute an original, but all of which together shall constitute one and the same Stipulation.

17. Upon approval of this Stipulation, the parties agree to the dismissal of Navient Solutions, LLC and named Defendant Navient Solution, LLC as Defendants in this adversary proceeding, subject to the terms of this Stipulation.

WHEREFORE, the parties pray this Honorable Court for an Order approving the instant Stipulation and dismissing Navient Solutions, LLC and named Defendant Navient Solution, LLC as Defendants in the above-captioned adversary proceeding.

Dated: __12/14/22_____    By:    */s/ Jenny Cochrane*_____
                                  Jenny Cochrane
                                  Law Office of Jenny Cochrane
                                  4055 Lake Washington Blvd NE
                                  Ste 220
                                  Kirkalnd, WA 98033
                                  425-451-7276
                                  Email: jennycochrane@gmail.com
                                  Attorneys for Plaintiff


Dated: __12/15/22_____    By:    */s/ David B. Schumacher*_____
                                  David B. Schumacher, WSBA #26388
                                  Attorney at Law
                                  3519 NE 15th Avenue, #142
                                  Portland, OR  97212
                                  Telephone: (971) 302-6490
                                  Facsimile: (971) 352-6912
                                  Email: david.schulaw@gmail.com
                                  Attorneys for Navient Solutions, LLC

STIPULATION IN SETTLEMENT BETWEEN
PLAINTIFF AND NAVIENT SOLUTIONS, LLC - 5